**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM F. CARADINE/ASSABUR**                          **PLAINTIFF**
**ADC #90785**

**V.**                 **NO: 5:11CV00229 BSM/HDY**

**YOLANDA CLARK**                                           **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this <u>8th</u> day of September, 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE