IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM F. CARADINE/ASSABUR**  **PLAINTIFF**
**ADC #90785**

V.                    NO: 5:11CV00229 BSM/HDY

**YOLANDA CLARK**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE